# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| MICHAEL KIELSKY,<br>PETITIONER<br><br>-VS-<br><br>JUDGE MICHAEL MORALES, ET AL.,<br>RESPONDENT | CV-00-1343-PHX-EHC (JI)<br><br>WITHDRAWAL OF REFERENCE |

It appearing to the court that the Respondents' Motion to Dismiss [Dkts 9-1 & 9-2] and the Magistrate Judge's Report & Recommendation thereon are now ready for the court's consideration,

**IT IS ORDERED** that the reference of this case to the magistrate judge is withdrawn as to Respondent's Motion to Dismiss [Dkts 9-1 & 9-2].

All other matters in this action shall remain with the magistrate judge for disposition as appropriate.

Dated this 13th day of July, 2001

Earl H. Carroll
United States District Judge