___ X FILED ___ LODGED
___ RECEIVED ___ COPY

AUG 2 2 2001

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

MICHAEL KIELSKY.                    )
                                    )
                    Petitioner,     )     CIV 00-1343-PHX-EHC (JI)
                                    )
vs.                                 )          O R D E R
                                    )
MICHAEL MORALES, et al.,            )
                                    )
                                    )
                    Respondents.    )
_____)

Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 and an Amended Petition. (Dkts. 1 & 3). Respondents filed a Motion to Dismiss. (Dkt. 9), including Exhibits.

Magistrate Judge Jay R. Irwin filed a Report and Recommendation. (Dkt. 14). Respondents filed Objections. (Dkt. 15). The Objections and Petitioner's opposition to the Objections have been filed.

## STANDARD OF REVIEW

A district court judge reviews de novo the Report and Recommendation of a Magistrate Judge. See 28 U.S.C. § 636(b)(1)(C) and Rule 1.15(b) Rules of Practice of the United States District Court for the District of Arizona.

## DISCUSSION

The Court, having reviewed the record de novo, including the

Objections filed by Respondents and Petitioner's Opposition to the Objections, adopts in full the Report and Recommendation and incorporates the same as a part of this Order.

Accordingly,

**IT IS ORDERED** denying Respondents' Objections.

**IT IS FURTHER ORDERED** adopting the Report and Recommendation of the Magistrate Judge. (Dkt. 14).

**IT IS FURTHER ORDERED** denying the Respondents' Motions to Dismiss. (Dkt. 9).

**DATED** this _20_ day of August, 2001.

EARL H. CARROLL
United States District Judge