# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Kielsky,<br>Petitioner<br><br>-vs-<br><br>Michael Morales, et al.,<br>Respondent(s) | CV-00-1343-PHX-EHC (JI)<br><br>**ORDER RE ANSWER TO PETITION** |

On August 29, 2000, Petitioner filed his First Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (#3). Respondents filed a Motion to Dismiss (#9). On March 21, 2001, the undersigned filed a Report and Recommendation (#14), recommending that the motion be denied. Following objections by Respondents (#15), District Judge Carroll issued an Order (#19) on August 22, 2001, adopting the recommendation, and denying Respondents' motion to dismiss. It appears, therefore, that an answer addressing the merits of the Petition is now required.

**IT IS THEREFORE ORDERED** that within thirty (30) days of the filing of this Order, Respondents shall file an answer addressing the merits of Petitioner's First Amended Petition for Writ of Habeas Corpus (#3)

DATED: August 27, 2001

JAY R. IRWIN
United States Magistrate Judge

Order re Answer to Petition - CV-00-1343-PHX-EHC (JI)  Page 1 of 1