FILED _____ LODGED
_X_ RECEIVED _____ COPY

NOV 28 2001

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Kielsky,<br>Petitioner<br><br>-vs-<br><br>Judge Michael Morales, et al.,<br>Respondent(s) | CV-00-1343-PHX-EHC (JI)<br><br>**ORDER<br>RE MOTION TO EXCEED PAGE<br>LIMIT** |

Under consideration is Plaintiff's Motion to Request for Leave to Exceed Page Limit for Petitioner's Amended Reply filed November 15, 2001 (#26).

Petitioner has submitted an amended Reply a little more than eighteen pages in length. Inclusive in the Amended Reply, however, is some three pages of table of contents and table of authorities. Although a response has not yet been filed to the request, the Court finds that one is not necessary, and that good cause has been shown for granting the motion.

**IT IS THEREFORE ORDERED** that no response or reply to Plaintiff's Motion for Leave to Exceed Page Limits shall be filed. The Court finds that neither one is necessary to a fair and just ruling on the pending motion nor would they be of material assistance to the Court in considering the motion.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Exceed Page Limit, filed November 15, 2001 (#26) is **GRANTED**.

1 | **IT IS FURTHER ORDERED** that Clerk of the Court shall file Petitioner's
2 | Amended Reply lodged on November 15, 2001.

DATED: November 19, 2001

JAY R. IRWIN
United States Magistrate Judge