FILED ___ LODGED
___ RECEIVED ___ COPY

JUN 0 7 2002

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Kielsky,<br><br>    Petitioner,<br><br>v.<br><br>Hon. Michael Morales, et al.,<br><br>    Respondents. | No. CIV 00-1343 PHX EHC (JI)<br><br>**ORDER** |

On April 24, 2002, Petitioner filed a Notice of Motion and Motion for Leave to File Supplemental Brief as to how the recent Ninth Circuit decision, Reese v. Baldwin, 282 F.3d 1184 (9th Cir. 2002) affects his claims. [Dkt. 31]. The Court will construe Petitioner's Motion as a motion to file a supplemental brief in support of his objections to the Report and Recommendation prepared by Magistrate Judge Irwin in this case. [Dkt. 29].

The Court being fully advised,

**IT IS ORDERED** that Petitioner's Motion for Leave to File Supplemental Brief [Dkt. 31] is **GRANTED**. Petitioner shall have thirty (30) days from the date of this Order in which to file a supplemental brief addressing the recent Ninth Circuit case Reese v. Baldwin, 282 F.3d 1184 (9th Cir. 2002), as it pertains to his case.

DATED this 5 day of June, 2002.

                                                  Earl H. Carroll
                                           United States District Judge