FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 12 2002

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Kielsky,<br><br>Petitioner,<br><br>vs.<br><br>Hon. Michael Morales, et al.,<br><br>Respondents. | No. CIV 00-1343-PHX-EHC (JI)<br><br>**ORDER** |

Michael Kielsky, Petitioner, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254. [Dkt. 1]. Petitioner filed an Amended Petition for Writ of Habeas Corpus. [Dkt. 3]. Respondents filed a Motion to Dismiss the Petition [Dkt. 9], which the Court denied. [Dkt. 19]. Respondents then filed an Answer addressing the merits of Petitioner's Amended Petition. [Dkt. 21]. Petitioner filed a Reply [Dkt. 24] and an Amended Reply [Dkt. 28].

Magistrate Judge Irwin filed a Report and Recommendation, recommending that Petitioner's Amended Petition be denied. [Dkt. 29]. Petitioner filed Objections to the Magistrate Judge's Report and Recommendation [Dkt. 30] and a Supplemental Brief in Support of his Objections. [Dkt. 33].

## STANDARD OF REVIEW

A district court judge reviews <u>de novo</u> the Report and Recommendation of a Magistrate Judge. <u>See</u> 28 U.S.C. §636(b)(1)(C) and Rule 1.15(b), Rules of Practice of the United States District Court for the District of Arizona.

## DISCUSSION

The Court, having reviewed the record de novo, including the Objections and Supplemental Brief filed by Petitioner, adopts in full the Report and Recommendation and incorporates the same as a part of this Order.

Although the Magistrate Judge did not rely on Arizona Rule of Criminal Procedure 32.2 ("Rule 32.2") in finding that Petitioner had procedurally defaulted, the Report and Recommendation noted that Rule 32.2 had been found to not be "independent" of federal law. [Dkt. 29, p. 18 (citing Smith v. Stewart, 241 F.3d 1191 (9th Cir. 2001)]. Since the Report and Recommendation was issued in this case, the United States Supreme Court reversed the Ninth Circuit's ruling in Smith, and found, based on a ruling by the Arizona Supreme Court to a certified question, that because a finding of preclusion under Rule 32.2(a)(3) does not require an examination of the merits of the claim, it is independent of federal law. See Stewart v. Smith, 122 S. Ct. 2578 (2002).

Accordingly,

**IT IS ORDERED** adopting the Report and Recommendation of the Magistrate Judge [Dkt. 29] as supplemented by this Order.

**IT IS FURTHER ORDERED** that Petitioner's Amended Petition for Writ of Habeas Corpus [Dkt. 3] is DENIED and Judgment shall be entered accordingly.

DATED this _11_ day of September, 2002.

Earl H. Carroll
United States District Judge