FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 12 2002

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| MICHAEL KIELSKY, ) | |
| ) | |
| Petitioner, ) | CIV 00-1343 PHX EHC (JI) |
| vs. ) | **JUDGMENT** |
| ) | |
| HON. MICHAEL MORALES, et al., ) | |
| ) | |
| Respondents. ) | |

_____ **Jury Verdict.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS THEREFORE ORDERED AND ADJUDGED that the Court having adopted the Report and Recommendation [29-1] as supplemented by Order [34-1] and the Amended Petition for Writ of Habeas Corpus having been denied, this action is hereby dismissed.

Date: September 12, 2002        RICHARD H. WEARE
                                Clerk/DCE

                                _____
                                (By) Deputy Clerk
cc: all counsel                 L. Dixon